*Robey & We the People v. SEATTLE CORPORATION/SHA et. al*       USPS CERTIFIED -REGISTERED:   0660

FILED
CITY OF SEATTLE RECEIVED
2023 FEB -3 AM 9:07
2023 JAN 31 PM 2:19
CITY CLERK
KING COUNTY
SUPERIOR COURT

RECEIVED
KING COUNTY WASHINGTON
JAN 3 0 2023
DEPARTMENT OF
JUDICIAL ADMINISTRATION

HON.
CR 38(b) JURY DEMAND

# KING COUNTY SUPERIOR COURT
# 516 THIRD AVENUE
# SEATTLE WASHINGTON
# 98104

|  |  |
|---|---|
| William Robey & W.T.P.<br><br>**Plaintiff**<br><br><br>V.<br><br>SEATTLE MUNICIPAL CORP/SHA et. al<br><br>MAYOR: BRUCE HARRELL BAR # 17173<br><br>SHA CHAIR: PAUL PURCELL<br><br>**Defendant** | CASE NO.: **23-2-01916-4SEA**<br>VIOLATIONS:<br>RCW 9A.08.010    -CULPABILITY<br>RCW 2.60.010-20-30-900 FEDERAL<br>18 U.S.C. §§ 2; 3; 241;242;1201<br>U.S. THIRTEENTH AMENDMENT<br>CIVIL RULE - 9: UNDER FRAUD<br>$1,500,000 GOLD AND SILVER COIN<br>PURSUANT TO *US ART. 1 § 10*<br>*PUNITIVE; SPECIAL; TREBLE DAMAGE*<br>Motion for: preliminary injunction(s)<br>[CLERKS ACTION REQUIRED] |

DEFENDANT PARTIES: SEATTLE CORP MAYOR; BRUCE ALLEN HARRELL   WSBA# 17173: DEBORA JUAREZ WSBA# 17199; LISA HERBOLD; ANDREW J. LEWIS WSBA# 51541; TAMMY J. MORALES; TERESA MOSQUEDA; SARA NELSON; ALEX PEDERSEN; KSHAMA SAWANT; DAN STRAUSS. SHA: PAUL PURCELL; GERALD SMILEY; SALLY J. CLARK; ROBERT CRUTCHFIELD; PAULA L. HOUSTON; RITA HOWARD; TWYLA MINOR; ROD BRANDON: KIMBERLY GARRETT; ANNE FISKE ZUNIGA; EVELYN CORREA; KERRY COUGHLIN; JARED CUMMER; TERRY GALINEY; ALICE KIMBOWA; ANDRIA LAZAGA; CHARLES LIND WSBA# 19974; STEVE MCDOWELL- GENERAL COUNSEL;  DAVE WELLINGS ; LISA WOLTERS; SHELLY YAPP / OTHER.

## I. COMPLAINT:

18 USC §§ 241; 242; 1201 - 1 OF 8

COPY

1.1     Under congressional Bill 3700 114-201 §§ 101; 102:

PUBLIC LAW 114–201—JULY 29, 2016 130 STAT. 783

TITLE I—SECTION 8 RENTAL
ASSISTANCE AND PUBLIC HOUSING
SEC. 101. INSPECTION OF DWELLING UNITS.
(a) IN GENERAL.—Section 8(o)(8) of the United States Housing
Act of 1937 (42 U.S.C. 1437f(o)(8)) is amended—
(1) by striking subparagraph (A) and inserting the following
new subparagraph:

"(A) INITIAL INSPECTION.—"(i) IN GENERAL.—For each dwelling unit for which a housing assistance payment contract is established under this subsection, the public housing agency (or other entity pursuant to paragraph (11)) shall inspect the unit before any assistance payment is made to determine whether the dwelling unit meets the housing quality standards under subparagraph (B), except as provided in clause (ii) or (iii) of this subparagraph.

NOTICE: The Blacks Law 4th legal definition of initial: In or at the beginning. *In initio it is*, at the beginning, or in the first stage of the suit. *Bract. Fol. 400*.

-------------------------------------------------------------------------------

1.2     SEC. 102. INCOME REVIEWS.
(a) INCOME REVIEWS FOR PUBLIC HOUSING AND SECTION 8 PRO-
GRAMS.—Section 3 of the United States Housing Act of 1937 (42
U.S.C. 1437a) is amended—
(1) in subsection (a)—
(A) in the second sentence of paragraph (1), by striking
"at least annually" and inserting "pursuant to paragraph
(6)"; and
(B) by adding at the end the following new paragraphs:
"(6) REVIEWS OF FAMILY INCOME.—
"(A) FREQUENCY.—Reviews of family income for pur-
poses of this section shall be made—
"(i) in the case of all families, upon the initial
provision of housing assistance for the family;
"(ii)*annually thereafter*, except as provided in
paragraph (1) with respect to fixed-income families;
"(iii) upon the request of the family, at any time
the income or deductions (under subsection (b)(5)) of
the family change by an amount that is estimated

18 USC §§ 241; 242; 1201 - 2 OF 8

> to result in a decrease of 10 percent (or such lower
> amount as the Secretary may, by notice, establish.

**1.3**    Under the above congressional mandate Congress § 101 and § 102, § 101 clearly '<u>INITIAL</u>' legally as the first time only.

**1.4**    § 102 clearly mandates REVIEWS OF FAMILY INCOME as <u>(ii) annually thereafter</u>.

**1.5**    Under civil rule nine the evidence uncovers SEATTLE/SHA et. al with full probable cause committed fraud, bribery, or any other corrupt or criminal act in connection with any federal housing program.

## II. <u>INFORMATION</u>:

**2.1**    The evidence clearly places SEATTLE/SHA et. al in violation of The Washington State Constitution Article 1 § 2 mandating the federal constitution as 'the supreme law of the land'.

**2.2**    The evidence clearly places SEATTLE/SHA et. al in violation of illegally changing supreme federal law under U.S. Article VI -clause 2.

   a.  Adding annually from § 102 (ii) <u>annually thereafter</u>, to § 101 '<u>INITIAL</u>'. Violation of the Thirteenth Amendment (Amendment XIII) the United States Constitution abolished slavery and <u>involuntary servitude</u>. Under threat, duress, and coercion SHA through fraud, and Official misconduct commanded all Section eight applicants must sign the SHA fraudulent contracts to submit to SEATTLE/SHA et. al State and Federal violations, or forfeit their constitutional rights to fair housing. The Thirteenth Amendment (Amendment XIII) of the United States Constitution abolished slavery and <u>involuntary servitude</u>. SHA violations equaling: RCW 9A.08.010: General requirements of culpability - (1)(a). 18 U.S.C. §§ 2: Principals, 3: accessory after the fact.

   b.  The evidence clearly places SEATTLE/SHA et. al in violation of the U.S. mandate under the legal definition of ecfr title 24: 24 ecfr 982.405 Forced annual home inspections:

*ecfr: 24 ecfr 982.405:*
<u>Getting Started</u>

   c.  The Electronic Code of Federal Regulations (eCFR) provides a way of exploring the Code of Federal Regulations as it exists today and at points in time back to January 2017. The e-CFR allows you to: <u>*The eCFR is not an official legal edition of the CFR*</u>.

(c) In scheduling inspections, the <u>PHA</u> <u>must</u> consider complaints and any other information brought to the attention of the <u>PHA</u>.
18 USC §§ 241; 242; 1201 - 3 OF 8

## III. FEDERAL QUESTION:

3.1    Leadership:

Seattle Housing Authority is governed by a seven-member Board of Commissioners. The Mayor of Seattle appoints board members, subject to confirmation by the Seattle City Council. Commissioners are responsible for approving the agency's annual budget, setting policy, and appointing and overseeing the Executive Director.

Board of Commissioners

3.2    SEATTLE/SHA et.al are principals-18 U.S.C. §§ 2 Principals and 3 accessory after the fact. The plaintiff clearly believes the evidence, and files motion(s) under preliminary Injunctions against the defendant et. al under these supreme federal violations, submitted under 'federal questions' regarding contempt by the defendant et. al against Article VI clause 2-U.S. SUPREMACY CLAUSE. Defendant et. al violations of supreme federal law and mandate:
[Please see exhibit 1]

   a.   18 U.S.Code § 241 - Conspiracy against rights:

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(a), title XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

   b.   18 U.S.Code § 242-Deprivation of rights under color of law:

Whoever, under color of any law, statute, ordinance, *regulation*, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title

18 USC §§ 241; 242; 1201 - 4 OF 8

or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.

C.   18 U.S.Code § 1201 – *Kidnapping*:   (a) Whoever unlawfully seizes, *confines*, inveigles, decoys, *kidnaps*, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when—

(1) The person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense;

(2) Any such act against the person is done within the special maritime and territorial jurisdiction of the United States; Admiralty Jurisdiction. Shall be punished by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life-imprisonment.

(June 25, 1948, ch. 645, 62 Stat. 760; Aug. 6, 1956, ch. 971, 70 Stat. 1043; Pub. L. 92–539, title II, § 201, Oct. 24, 1972, 86 Stat. 1072; Pub. L. 94–467, § 4, Oct. 8, 1976, 90 Stat. 1998; Pub. L. 95–163, § 17(b)(1), Nov. 9, 1977, 91 Stat. 1286; Pub. L. 95–504, § 2(b), Oct. 24, 1978, 92 Stat. 1705; Pub. L. 98–473, title II, § 1007, Oct. 12, 1984, 98 Stat. 2139; Pub. L. 99–646, §§ 36, 37(b), Nov. 10, 1986, 100 Stat. 3599; Pub. L. 101–647, title IV, § 401, title XXXV, § 3538, Nov. 29, 1990, 104 Stat. 4819, 4925; Pub. L. 103–272, § 5(e)(2), (8), July 5, 1994, 108 Stat. 1373, 1374; Pub. L. 103–322, title VI, § 60003(a)(6), title XXXII, §§ 320903(b), 320924, title XXXIII, § 330021, Sept. 13, 1994, 108 Stat. 1969, 2124, 2131, 2150; Pub. L. 104–132, title VII, § 721(f), Apr. 24, 1996, 110 Stat. 1299; Pub. L. 105–314, title VII, § 702, Oct. 30, 1998, 112 Stat. 2987; Pub. L. 108–21, title I, § 104(b), Apr. 30, 2003, 117 Stat. 653; Pub. L. 109–248, title II, § 213, July 27, 2006, 120 Stat. [Please see exhibit 2]

**Plaintiff hereby ACCEPTS the Oath of Office CONTRACT(s) and
Official Bond(s) /Surety(s) securing the faithful performance of the terms
and conditions of, and incorporated in, the Oath of Office CONTRACT(s)
of each Actor who is, or has, participated in the Action(s); and,
All Rights Reserved; and,
Further says not.**

"I declare to the best of my knowledge under penalty of perjury under the laws of the United States of America the foregoing is true and correct" [ER 603]. Executed January 25 2023.

*ALL RIGHTS RESERVED*
/S/
William Robey-[ssa]                                                                         01-25-2023
Post Office Box 16056
Seattle Washington
98116-0056
/ / /

# PROOF OF SERVICE

a.

Us attorney general
MERRICK GARLAND-DOJ
rm 4400 950 Pennsylvania avenue nw
Washington DC
 20530-0001
USPS CERTIFIED [REGISTERED]:
70170190000074950660

b.

HUD SECRETARY DIRECTOR
MARCIA FUDGE
451 7 STREET SW
WASHINGTON DC
20410
202 708 3054

c.

OFFICE OF THE CITY CLERK
SEATTLE CITY HALL
POST OFFICE BOX 94728
SEATTLE WASHINGTON
98124-4728

d.

MAYOR BRUCE HARRELL WSBA# 17173
JOINED WITH #C ABOVE

e.

SEATTLE CITY CONCIL
JOINED WITH #C ABOVE

f.

LOMBINO MARTINO PS
9315 Gravelly Lake Dr. SW, Ste 201
 Lakewood, Washington
 98499

g.

SHA-LEGAL SERVICE
190 QUEEN ANNE AVENUE NORTH
SEATTLE WASHINGTON
98109
/ / /

JAN 3 1 2023

Initials:_____

01/▉/23

PC

18 USC §§ 241; 242; 1201 - 6 OF 8