**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 2, 2023

**ROBEY V. SEATTLE MUNICIPAL CORPORATION ET AL**
Case # 2:23−cv−00280−BAT

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Notice of Removal – Jury Demand Improperly Submitted**
> A Jury Demand indicated solely on a Notice of Removal or a Civil Cover Sheet, or if selected upon case opening, does not constitute a proper request in this Court, pursuant to Local Civil Rule 101(e). The party removing the action must file either a separate Jury Demand or a copy of the state court pleading that includes a Jury Demand. Please file by going to **Other Documents** and selecting **Jury Demand**. The Jury Demand request entered by the filer has been removed from the docket until the request is properly submitted.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file